Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
jpowell@maire-law.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA ELENA HUERTA RAMIREZ,<br><br>    Plaintiff,<br><br> vs.<br><br>COSTCO WHOLESALE CORPORATION; MANNY DOE 1; and DOES 2 to 100 Inclusive,<br><br>    Defendant(s).<br>_____ / | CASE NO.   2:24-cv-02779-DJC DMC<br><br>*[Assigned to Daniel J. Calabretta District Judge]*<br><br>**STIPULATION TO REQUEST CONTINUANCE OF DATE FOR FILING OF JOINT STATUS REPORT AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-entitled action and their respective counsel, as follows:

On March 21, 2025, the Court ordered the parties submit a brief joint report regarding the status of the case within seven (7) days. At the time of the Court's order, the handling attorney for the defense was unavailable on vacation and is not scheduled to return until March 31, 2025, after the joint report is due. The parties respectfully request that the Court continue the date for filing

Maire & Deedon
2851 Park Marina Dr., Ste. 300
Redding, CA 96001-2813
(530) 246-6050

PAGE 1

STIPULATION TO REQUEST CONTINUANCE OF DATE FOR FILING OF JOINT STATUS REPORT AND ORDER THEREON

of the joint status report until April 4, 2025, to allow time for counsel to meet and confer and prepare the joint status report.

Dated:   March 27, 2025                               MAIRE & DEEDON


                                                      /s/ John R. Powell
                                                      PATRICK L. DEEDON
                                                      JOHN R. POWELL
                                                      Attorneys for Defendant,
                                                      COSTCO WHOLESALE CORPORATION

Dated:   March 27, 2025                               CULVER LEGAL, LLP


                                                      *Anastasia Gkogka*
                                                      ANASTASIA GKOGKA
                                                      Attorneys for Plaintiff,
                                                      CLARA ELENA HUERTA RAMIREZ

## **ORDER**

**IT IS SO ORDERED** that the parties' deadline to file a joint status report pursuant to the Court's March 21, 2025, Minute Order [ECF 10] is extended to April 4, 2025.


Dated:  March 31, 2025                                /s/ Daniel J. Calabretta
                                                      THE HONORABLE DANIEL J. CALABRETTA
                                                      UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr., Ste. 300
Redding, CA  96001-2813
(530) 246-6050

PAGE 2

STIPULATION TO REQUEST CONTINUANCE OF DATE FOR FILING OF JOINT STATUS REPORT AND ORDER THEREON